REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BURTSCHER, an individual; COLDWATER ENTERTAINMENT LIMITED, a New Zealand limited liability company,<br><br>             Plaintiffs,<br><br>     vs.<br><br>IVAN RENE MOORE, an Individual, RUFFTOWN ENTERTAINMENT GROUP INC., a Nevada corporation, doing business as RUFF TOWN ENTERTAINMENT, INC., CENTRAL SOUTH DIVISION; CENTRAL SOUTH DISTRIBUTION, INC., a Tennessee corporation; and Does 1-10, Inclusive,<br><br>             Defendants.<br><br>And Related Counter-Claims. | Case No.: CV11-2309 DMG (JEMx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:   March 17, 2011<br>First Amended<br>  Complaint Filed: March 18, 2011<br><br>Honorable Dolly M. Gee – Ctrm. 7 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Having considered the Stipulated Protective Order submitted by the parties on or about September 7, 2011, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.

DATED:  September 8, 2011

*/s/John E. McDermott*
Honorable John E. McDermott
Magistrate Judge of the United States District Court