## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-2309 DMG (JEMx) | Date | January 13, 2012 |
|---|---|---|---|
| Title | Michael Burtscher, et al. v. Ivan Rene Moore, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFFS' AND COUNTER-DEFENDANTS' MOTION TO COMPEL DISCOVERY AS TO RUFFTOWN ENTERTAINMENT GROUP, INC. (Docket No. 42) AND PLAINTIFFS' AND COUNTER-DEFENDANTS' MOTION TO COMPEL DISCOVERY AS TO IVAN RENE MOORE (Docket No. 44)**

Plaintiffs and Counter-Defendants Michael Burtscher and Coldwater Entertainment Limited present two discovery motions. One seeks to compel Defendant and Counter-Claimant Rufftown Entertainment Group, Inc. to provide full and complete responses to interrogatories and document responses. The other seeks to compel Defendant and Counter-Claimant Ivan Rene Moore to provide full and complete responses to interrogatories and document requests.

According to movants, Defendants have failed to engage in any meaningful meet and confer as required by Local Rule 37-1 and to contribute to the Joint Stipulation under Local Rule 37-2.1. The Court is without any response from Defendants.

Accordingly, the Court issues an Order to Show Cause to Defendants why sanctions should be not be imposed against them. The Court also would like to hear from Plaintiffs as to the nature of the sanctions that should be imposed. The Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-2309 DMG (JEMx) | Date | January 13, 2012 |
|---|---|---|---|
| Title | Michael Burtscher, et al. v. Ivan Rene Moore, et al. | | |

tentatively is of the view that evidentiary and monetary sanctions are more appropriate than orders of production.

Defendants shall respond in **seven days** from the date of this Order and Plaintiffs **five days** thereafter.

cc: Parties

Initials of Preparer _____ sa _____